## Louis M. Smit v. The People.

*Where action of Circuit Court Commissioner is affirmed, Supreme Court may issue warrant.* Where this court affirmed the action of a Circuit Court Commissioner, under the fraudulent debtor's act, *held*, that the power to hear and dispose of the case finally, involved the power to order such action as would make the judgment effective. Warrant ordered to issue.

*Heard and decided July 9th.*

Motion for warrant of commitment.

In this case the Supreme Court at its last term affirmed the action of a Circuit Court Commissioner holding the defendant liable under the fraudulent debtor's act for having disposed of his property with intent to defraud his creditors. (For the facts see, *ante, Louis Smit v. The People, p.* 497.)

No warrant of commitment having been issued by the commissioner, an application was made to this court for an order of commitment, to carry out its previous judgment.

*A. Pond,* in support of the motion,

Claimed this court has power to issue process necessary to carry out its judgments, and inasmuch as no other relief can be granted in this case the order of commitment must be made by this court.

*D. C. Holbrook,* for defendant,

Insisted this court had no jurisdiction to grant such an order, claiming that the statute being one in relation

to special proceedings must be strictly construed, and that it provided for no warrant in an order of commitment except such as might be issued by the commissioner who : adjudicated on the fraud.

*Per Curiam.*

The power to hear and dispose finally of these cases necessarily involves the power to order such action as will make the judgment of this court effective.

Let a warrant issue as prayed for.